IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KEISHA L. VILLATORO,                )
                                    )
                   Plaintiff,       )
                                    )          1:15-CV-976
          v.                        )
                                    )
CABARRUS COUNTY SCHOOLS,            )
et al.,                             )
                                    )
                   Defendants.      )

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on April 6, 2016, was served on the plaintiff. (Docs. 13, 14). No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the plaintiff's motion for extension of time to file an appeal, (Doc. 12), is **DENIED**.

This the 4th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE